No. 1216, Misc.  PERREA *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 1222, Misc.  MERLE *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 1227, Misc.  PAINTER *v.* PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 1228, Misc.  NOHELTY *v.* GERGEN.  Sup. Ct. Wis. Certiorari denied.

No. 1230, Misc.  HOWARD *v.* OLIVER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 1235, Misc.  PETERSON *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 1240, Misc.  RICHIE *v.* TURNER, WARDEN.  Sup. Ct. Utah.  Certiorari denied.

No. 1249, Misc.  FORTIN *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 1258, Misc.  FRAZIER *v.* RHODE ISLAND.  Sup. Ct. R. I.  Certiorari denied. *Herbert F. DeSimone,* Attorney General of Rhode Island, and *Donald P. Ryan,* Assistant Attorney General, for respondent.

No. 1270, Misc.  FIERRO *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 1276, Misc.  WHITE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.